ORIGINAL
FILED
08 JUN 26 PM 3:40
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

David L. Sobel
*sobel@eff.org*
ELECTRONIC FRONTIER FOUNDATION
1875 Connecticut Ave. NW
Suite 650
Washington, DC 20009
Telephone: (202) 797-9009
Facsimile: (202) 707-9066

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELECTRONIC FRONTIER FOUNDATION,<br><br>Plaintiff,<br><br>v.<br><br>OFFICE OF THE DIRECTOR OF NATIONAL INTELLIGENCE<br><br>and<br><br>DEPARTMENT OF JUSTICE,<br><br>Defendant. | No. C-08-2997 EMC<br><br>**APPLICATION FOR DAVID L. SOBEL TO APPEAR *PRO HAC VICE*** |

Pursuant to Civil L.R. 11-3, David L. Sobel, an active member in good standing of the bar of the District of Columbia, hereby applies for admission to practice in Northern District of California on a *pro hac* vice basis representing the plaintiff in the above-referenced case.

In support of this application, I certify on oath that:

1. I am an active member in good standing of a United States Court or of the highest court of another State or District of Columbia, as indicated above;

2. I agree to abide by the Standards of Professional Conduct set forth in Civil Local

-1-
APPLICATION FOR DAVID L. SOBEL TO APPEAR PRO HAC VICE

1  Rule 11-4, to comply with General Order No. 45, Electronic Case Filing, and to become familiar
2  with the Local Rules and the Alternative Dispute Resolution programs of the Court; and,
3      3.    An Attorney who is a member of the bar of this Court in good standing and who
4  maintains an office within the State of California has been designated as co-counsel in the above-
5  entitled action. The name, address, and telephone numbers of that attorney is:
6  Marcia Hofmann (SBN 250087)
   *marcia@eff.org*
7  ELECTRONIC FRONTIER FOUNDATION
   454 Shotwell Street
8  San Francisco, CA 94110
   Telephone: (415) 436-9333 x116
9  Facsimile: (415) 436-9993
10      I declare under penalty of perjury that the foregoing is true and correct.
11
12  Dated: June 26, 2008
13                                                          DAVID L. SOBEL