```
1   Marcia Hofmann (SBN 250087)
    marcia@eff.org
2   ELECTRONIC FRONTIER FOUNDATION
    454 Shotwell Street
3   San Francisco, CA 94110
    Telephone: (415) 436-9333 x112
4   Facsimile: (415) 436-9993

5
    Attorney for Plaintiff
6

7

8
                          UNITED STATES DISTRICT COURT
9
                      FOR THE NORTHERN DISTRICT OF CALIFORNIA
10

11
    ELECTRONIC FRONTIER FOUNDATION,   )   No. C-08-2997 EMC
12                                    )
                            Plaintiff,)   [PROPOSED] ORDER GRANTING
13                                    )   APPLICATION FOR ADMISSION OF
                                      )   ATTORNEY TO APPEAR PRO HAC
14       v.                           )   VICE
                                      )
15  OFFICE OF THE DIRECTOR OF NATIONAL)
    INTELLIGENCE                      )
16                                    )
       and                            )
17                                    )
    DEPARTMENT OF JUSTICE,
18
                            Defendant.
19
```

David L. Sobel, an active member in good standing of the bar of the District of Columbia whose business address and telephone number is:

ELECTRONIC FRONTIER FOUNDATION
1875 Connecticut Ave. NW, Suite 650, Washington, DC 20009
Telephone: (202) 797-9009 x12
Facsimile: (202) 707-9066

having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing Plaintiff.

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac*

1  *vice.* Service of papers upon and communication with co-counsel designated in the application will
2  constitute notice to the party. All future filings in this action are subject to the requirements
3  contained in General Order No. 45, *Electronic Case Filing.*

6  Dated: ___July 7, 2008___



    _____
    EDWARD
    United States
    [IT IS SO ORDERED — Judge Edward M. Chen]

-2-
[PROPOSED] ORDER GRANTING APPLICATION FOR
ADMISSION OF ATTORNEY TO APPEAR *PRO HAC VICE*