1  GREGORY G. KATSAS
   Assistant Attorney General
2
   ELIZABETH J. SHAPIRO
3  Assistant Director, Federal Programs Branch

4  ADAM D. KIRSCHNER (IL Bar No. 6286601)
   Trial Attorney, U.S. Department of Justice
5  Civil Division, Federal Programs Branch
   20 Massachusetts Ave., N.W., Room 7126
6  Washington, D.C. 20530
   Telephone: (202) 353-9265
7  Facsimile: (202) 616-8470
   Email: Adam.Kirschner@usdoj.gov
8  *Attorneys for Defendants*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO

| | |
|---|---|
| ELECTRONIC FRONTIER FOUNDATION, <br><br> Plaintiff, <br><br> v. <br><br> OFFICE OF THE DIRECTOR OF NATIONAL INTELLIGENCE and UNITED STATES DEPARTMENT OF JUSTICE <br><br> Defendants, | No. 08-2997 JSW <br><br> **STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT** |

THE PARTIES HEREBY STIPULATE, pursuant to Local Rules 6-1(a) and 7-12, that the filing deadline for defendants to respond to plaintiff's complaint shall be reset from July 28, 2008 to August 15, 2008. In support of this stipulation the parties state the following:

1. Defendants' response to plaintiffs' complaint is currently due on or around July 28, 2008.

Stipulation to Extend Time to Respond to Complaint, C 08-2997 (JSW)

2.  This extension will not affect the current schedule for briefing summary judgment. Subsequent to the filing of plaintiff's amended complaint, the Court entered an order approving the briefing schedule proposed by the parties for <u>Electronic Frontier Foundation v. Office of the Director of National Intelligence and United States Department of Justice</u>, C 08-1023 (JSW) and the above captioned case. <u>See</u> <u>Electronic Frontier Foundation v. Office of the Director of National Intelligence and United States Department of Justice</u>, C 08-1023 (JSW). Dkt. No. 64.

3.  This stipulation will also not affect the Court's scheduled Case Management Conference set for September 26, 2008. <u>See</u> Dkt. No. 7.

Dated: July 24, 2008                                Respectfully submitted,

GREGORY G. KATSAS
Assistant Attorney General

ELIZABETH J. SHAPIRO
Assistant Director, Federal Programs Branch

*/S/ Adam D. Kirschner*
ADAM D. KIRSCHNER (IL Bar No. 6286601)
Trial Attorney, U.S. Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Ave., N.W., Room 7126
Washington, D.C. 20530
Telephone: (202) 353-9265
Facsimile: (202) 616-8470
E-mail: Adam.Kirschner@usdoj.gov

*Attorneys for Defendants*

David L. Sobel *(pro hac vice)*
ELECTRONIC FRONTIER FOUNDATION
1875 Connecticut Ave. NW
Suite 650
Washington, DC 20009
Telephone: (202) 797-9009 x104
Facsimile: (202) 707-9066

Stipulation to Extend Time to Respond to Complaint, C 08-2997 (JSW)

|  |  |
|--|--|
| 1 | */s/* _____ |
| 2 | Kurt Opsahl, Esq.<br>Marcia Hofmann, Esq. |
|   | ELECTRONIC FRONTIER FOUNDATION |
| 3 | 454 Shotwell Street<br>San Francisco, CA 94110 |
| 4 | Telephone: (415) 436-9333<br>Facsimile: (415) 436-9993 |

*Attorneys for Plaintiff*
ELECTRONIC FRONTIER FOUNDATION

## **GENERAL ORDER NO. 45(X) CERTIFICATION**

I attest that I have obtained Kurt Opsahl's concurrence in the filing of this document.

*/s/ Adam D. Kirschner*
Adam D. Kirschner

Stipulation to Extend Time to Respond to Complaint, C 08-2997 (JSW)

-3-