GREGORY G. KATSAS
Assistant Attorney General

ARTHUR R. GOLDBERG
Assistant Director, Federal Programs Branch

ADAM D. KIRSCHNER (IL Bar No. 6286601)
Trial Attorney, U.S. Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Ave., N.W., Room 7126
Washington, D.C. 20530
Telephone: (202) 353-9265
Facsimile: (202) 616-8470
Email: Adam.Kirschner@usdoj.gov
*Attorneys for Defendants*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO

| | |
|---|---|
| ELECTRONIC FRONTIER FOUNDATION,<br><br>Plaintiff,<br><br>v.<br><br>OFFICE OF THE DIRECTOR OF NATIONAL INTELLIGENCE and UNITED STATES DEPARTMENT OF JUSTICE<br><br>Defendants, | No. 08-2997 JSW<br><br>**STIPULATION TO VACATE CASE MANAGEMENT CONFERENCE** |

THE PARTIES HEREBY STIPULATE, pursuant to Local Rules 6-1(a) and 7-12, that the Case Management Conference set for September 26, 2008 shall be vacated. In support of this stipulation the parties state the following:

1. In this Court's Initial Scheduling Order, it set a Case Management Conference for September 26, 2008. *See* Dkt. # 7.

Stipulation to Vacate Case Management Conference, C 08-2997 (JSW)

2. This Court has found that the above captioned case is related to <u>Electronic Frontier Foundation v. Office of the Director of National Intelligence and United States Department of Justice</u>, C 08-1023 (JSW) (hereinafter "<u>EFF</u> 1023") . <u>See</u> Dkt. No. 6. Both cases concern Freedom of Information Act requests plaintiff made on defendants.

3. This Court has also entered an order approving the briefing schedule proposed by the parties for <u>EFF</u> 1023 and the above captioned case. <u>See EFF</u> 1023, Dkt. No. 64.

4. The parties participated in a Case Management Conference in <u>EFF</u> 1023. <u>See</u> <u>EFF</u> 1023, Dkt. No. 55. As a result of that conference, the Court ordered the parties to submit a joint consent/declination of reassignment to a Magistrate Judge and entered a briefing schedule for cross-motions for summary judgment. However, in this action, the case has already been reassigned to this Court, <u>see</u> Docket Entry, July 8, 2008, and this Court has already entered a briefing schedule, <u>see EFF</u> 1023, Dkt. No. 64.

5. Given that the parties and the Court have already entered a briefing schedule for the above captioned case that involves a review of defendants' response to plaintiff's FOIA request, the parties respectfully request that this Court vacate the Case Management Conference set for September 26, 2008. The vacating of the Conference will promote judicial economy.

Dated: September 16, 2008            Respectfully submitted,

                                                   GREGORY G. KATSAS
                                                   Assistant Attorney General

                                                   ARTHUR R. GOLDBERG
                                                   Assistant Director, Federal Programs Branch

Stipulation to Vacate Case Management Conference, C 08-2997 (JSW)

|   |   |
|---|---|
| 1 | /S/ Adam D. Kirschner |
| 2 | ADAM D. KIRSCHNER (IL Bar No. 6286601)<br>Trial Attorney, U.S. Department of Justice<br>Civil Division, Federal Programs Branch |
| 3 | 20 Massachusetts Ave., N.W., Room 7126<br>Washington, D.C. 20530 |
| 4 | Telephone: (202) 353-9265<br>Facsimile: (202) 616-8470 |
| 5 | E-mail: Adam.Kirschner@usdoj.gov |
| 6 | *Attorneys for Defendants* |
| 7 | David L. Sobel *(pro hac vice)*<br>ELECTRONIC FRONTIER FOUNDATION |
| 8 | 1875 Connecticut Ave. NW<br>Suite 650 |
| 9 | Washington, DC 20009<br>Telephone: (202) 797-9009 x104 |
| 10 | Facsimile: (202) 707-9066 |
| 11 | /s/ |
| 12 | Kurt Opsahl, Esq.<br>Marcia Hofmann, Esq. |
| 13 | ELECTRONIC FRONTIER FOUNDATION<br>454 Shotwell Street |
| 14 | San Francisco, CA 94110<br>Telephone: (415) 436-9333 |
| 15 | Facsimile: (415) 436-9993 |
| 16 | *Attorneys for Plaintiff*<br>ELECTRONIC FRONTIER FOUNDATION |

**GENERAL ORDER NO. 45(X) CERTIFICATION**

I attest that I have obtained Kurt Opsahl's concurrence in the filing of this document.

*/s/ Adam D. Kirschner*
Adam D. Kirschner

PURSUANT TO STIPULATION, IT IS ORDERED that the Case Management Conference set for September 26, 2008 is vacated.

DATED: September 17, 2008

_____
Honorable Jeffrey S. White
United States District Judge

Stipulation to Vacate Case Management Conference, C 08-2997 (JSW)

-3-