David L. Sobel (*pro hac vice*)
sobel@eff.org
ELECTRONIC FRONTIER FOUNDATION
1875 Connecticut Ave. NW
Suite 650
Washington, DC 20009
Telephone: (202) 797-9009 x104
Facsimile: (202) 707-9066

Kurt Opsahl (SBN 191303)
kurt@eff.org
Marcia Hofmann (SBN 250087)
marcia@eff.org
ELECTRONIC FRONTIER FOUNDATION
454 Shotwell Street
San Francisco, CA 94110
Telephone: (415) 436-9333 x116
Facsimile: (415) 436-9993

Attorneys for Plaintiff
ELECTRONIC FRONTIER FOUNDATION

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ELECTRONIC FRONTIER FOUNDATION,<br><br>Plaintiff,<br><br>v.<br><br>OFFICE OF THE DIRECTOR OF NATIONAL INTELLIGENCE<br><br>and<br><br>DEPARTMENT OF JUSTICE,<br><br>Defendants. | NO. 08-02997 JSW<br><br>**STIPULATION TO A COURT ORDERED PRODUCTION SCHEDULE** |

THE PARTIES HEREBY STIPULATE, pursuant to Local Rules 6-1(b) and 7-12, that the Defendants shall complete the processing of Plaintiff's FOIA requests that are the subject of C 08-2997 (JSW) by October 10, 2008. In support of this stipulation the parties state the following:

Case No. 08-02997-JSW    STIPULATION TO COURT ORDERED PRODUCTION
SCHEDULE

1. On July 15, 2008, the parties stipulated that "Defendants will be able to complete, barring unforeseen circumstances, the processing of Plaintiff's FOIA requests that are the subject of C 08-2997 (JSW) by September 26, 2008, and make interim responses by August 14, 2008 and September 4, 2008." (Case No. 3:08-cv-01023-JSW, Dkt. No. 62).

2. The parties further stipulated that "[s]hould unforeseen circumstances make it impracticable for defendants to comply with this schedule, the plaintiff shall consider in good faith proposals to stipulate to any necessary extensions. Plaintiff's agreement will not be unreasonably withheld. In the event that any extension to this production schedule becomes necessary, the parties agree to stipulate to a court ordered production schedule." *Id*.

3. Defendants have informed Plaintiff that unforeseen circumstances have arisen such that Defendants are unable to comply with the processing schedule set forth in the prior stipulation. The Defendants state that they will require an extension to complete the processing of Plaintiff's FOIA requests no later than October 10, 2008. Accordingly, the parties respectfully request a court ordered production schedule requiring that Defendants complete the processing of Plaintiff's FOIA requests that are the subject of C 08-2997 (JSW) by October 10, 2008.

DATED: September 24, 2008

Respectfully submitted,

David L. Sobel (*pro hac vice*)
ELECTRONIC FRONTIER FOUNDATION
1875 Connecticut Ave. NW
Suite 650
Washington, DC 20009
Telephone: (202) 797-9009 x104
Facsimile: (202) 707-9066

 */s/ Kurt Opsahl*
Kurt Opsahl, Esq.
Marcia Hofmann, Esq.
ELECTRONIC FRONTIER FOUNDATION
454 Shotwell Street
San Francisco, CA 94110
Telephone: (415) 436-9333
Facsimile: (415) 436-9993


Attorneys for Plaintiff
ELECTRONIC FRONTIER FOUNDATION

GREGORY G. KATSAS
Assistant Attorney General

ELIZABETH J. SHAPIRO
Assistant Director, Federal Programs Branch

/s/ *Adam D. Kirschner*
ADAM D. KIRSCHNER (IL Bar No. 6286601)
Trial Attorney, U.S. Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Ave., N.W., Room 7126
Washington, D.C. 20530
Telephone: (202) 353-9265
Facsimile: (202) 616-8470
E-mail: Adam.Kirschner@usdoj.gov

Attorneys for Defendants

## GENERAL ORDER NO. 45(X) CERTIFICATION

I attest that I have obtained Adam Kirschner's concurrence in the filing of this document.

      */s/ Kurt Opsahl*
      Kurt Opsahl, Esq.

PURSUANT TO STIPULATION, IT IS ORDERED that Defendants shall complete the processing of Plaintiff's FOIA requests that are the subject of C 08-2997 (JSW) by October 10, 2008.

DATED: September 24, 2008

      Honorable Jeffrey S. White
      United States District Judge