TONY WEST
Assistant Attorney General

JOHN TYLER
Assistant Director, Federal Programs Branch

MARCIA BERMAN (PA Bar No. 66168)
Senior Counsel, U.S. Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Ave., N.W., Room 7132
Washington, D.C. 20530
Telephone: (202) 514-2205
Facsimile: (202) 616-8470
Email: marcia.berman@usdoj.gov
*Attorneys for Defendants*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO

| | |
|---|---|
| ELECTRONIC FRONTIER FOUNDATION,<br><br>Plaintiff,<br><br>v.<br><br>OFFICE OF THE DIRECTOR OF NATIONAL INTELLIGENCE and UNITED STATES DEPARTMENT OF JUSTICE<br><br>Defendants, | Nos. 08-2997, 08-1023 JSW<br><br>**STIPULATION TO VACATE CASE MANAGEMENT CONFERENCE AND ORDER THEREON** |

THE PARTIES HEREBY STIPULATE, pursuant to Local Rules 6-1(b), 6-2, and 7-12, that the Case Management Conference currently set for September 10, 2010, shall be vacated. In support of this stipulation, the parties state the following:

1. On July 14, 2010, the parties informed the Court that they were actively engaged in settlement negotiations and requested that the Court continue the Case

Stipulation to Vacate Case Management Conference , Case Nos. 08-2997, 08-1023 (JSW)

  Management Conference previously scheduled for July 23, 2010, to September 10, 2010.

2. On September 1, 2010, the parties entered into a Settlement Agreement in these consolidated cases. The Settlement Agreement provides that defendants shall make a payment to plaintiff EFF for attorneys' fees, expenses, and costs within 60 days of the date of the Agreement and that the parties will jointly stipulate to dismiss these consolidated cases with prejudice.

3. Accordingly, there is no need for the Case Management Conference. A stipulation for dismissal will be filed after EFF receives its payment.

Dated: Sept. 3, 2010

Respectfully submitted,

TONY WEST
Assistant Attorney General

JOHN TYLER
Assistant Director, Federal Programs Branch

*/s/ Marcia Berman*
MARCIA BERMAN (PA Bar No. 66168)
Senior Counsel, U.S. Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Ave., N.W., Room 7132
Washington, D.C. 20530
Telephone: (202) 514-2205
Facsimile: (202) 616-8470
E-mail: marcia.berman@usdoj.gov

*Attorneys for Defendants*


David L. Sobel *(pro hac vice)*
ELECTRONIC FRONTIER FOUNDATION
1875 Connecticut Ave. NW
Suite 650
Washington, DC 20009
Telephone: (202) 797-9009 x104
Facsimile: (202) 707-9066

*/s/ Marcia Hofmann*
Cindy Cohn, Esq.

Stipulation to Vacate Case Management Conference , Case Nos. 08-2997, 08-1023 (JSW)
-2-

## **GENERAL ORDER NO. 45(X) CERTIFICATION**

I attest that I have obtained Marcia Hofmann's concurrence in the filing of this document.

          */s/ Marcia Berman*
          MARCIA BERMAN

PURSUANT TO STIPULATION, IT IS ORDERED that the Case Management Conference scheduled for September 10, 2010, is vacated.

DATED: September 3, 2010

          Honorable Jeffrey S. White
          United States District Judge

Stipulation to Vacate Case Management Conference , Case Nos. 08-2997, 08-1023 (JSW)
-4-